**2007–2180. State ex rel. Goldsberry v. Union Cty. Court of Common Pleas.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2207. DiStasio v. State.**
In Habeas Corpus. On petition for writ of habeas corpus of Phillip James DiStasio. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2247. Walker v. Thomas.**
In Habeas Corpus. On petition for writ of habeas corpus of Thaddeus Walker. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2291. Gonzales v. Smith.**
In Habeas Corpus. On petition for writ of habeas corpus of Erby Gonzales. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

**2007–2293. Thompson v. Beightler.**
In Habeas Corpus. On petition for writ of habeas corpus of Demitrus L. Thompson Sr. Sua sponte, cause dismissed.
MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1992–1249. State v. Richard.**
Cuyahoga App. No. 54040. On motion to vacate the court's order dated October 28, 1992. Motion denied.

**2006–2101. State v. Jordan.**
Franklin App. No. 05AP–1330, 2006-Ohio-5208. On motion to vacate assessment of costs. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2007–0754. State v. Nucklos.**
Clark App. No. 06CA0023, 171 Ohio App.3d 38, 2007-Ohio-1025. On motion to dismiss appeal as improvidently accepted. Motion denied.

**2007–1452. Sogg v. Ohio Dept. of Commerce.**
Franklin App. No. 06AP–883, 2007-Ohio-3219. On motion for admission pro hac vice of John R. Wylie and Arthur T. Susman by William C. Wilkinson and Craig A. Calcaterra. Motion granted.

**2007–2013. State ex rel. Turner v. Eberlin.**
Belmont App. No. 07 BE 6, 2007-Ohio-5042. On motion to certify and maintain action as a class action. Motion denied.